**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X

INTERNATIONAL WINE GROUP, S.R.L,　　　　　　　Docket No.: 2:21cv00513

　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　**REPLY TO**
　　　　　　　　　　　　　　　　　　　　　　　　**COUNTERCLAIMS**

　　　-against-

SIGNATURE SELECTIONS, LLC,

　　　　　　　　Defendant.
--------------------------------------------------------------------------X

　　Plaintiff, INTERNATIONAL WINE GROUP, S.R.L, (hereinafter "Plaintiff"), by its attorneys, Vandamme Law Firm, P.C., as and for its Reply to the Defendant SIGNATURE SELECTIONS, LLC's, counterclaims as follows:

1. Plaintiff denies the counterclaims asserted in defendant's Answer.

### AFFIRMATIVE AND OTHER DEFENSES

　　Defendant asserts the following affirmative and other defenses, without assuming the burden of proof on such defenses that would otherwise rest on Defendant.

### FIRST AFFIRMATIVE DEFENSE

2. The counterclaims fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

3. The plaintiff did not breach any duty to defendant.

### THIRD AFFIRMATIVE DEFENSE

4. Defendant's counterclaims are barred, in whole or in part, by the doctrine of estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

5. Defendant's counter-claims are barred because the damages, if any, are speculative.

**FIFTH AFFIRMATIVE DEFENSE**

6. Defendant was the original and only tortfeasor.

**SIXTH AFFIRMATIVE DEFENSE**

7. Defendant failed to comply with the terms of the agreed upon payment agreement.

**SEVENTH AFFIRMATIVE DEFENSE**

8. Defendant did not mitigate any alleged damage allegedly sustained by the wine delivery.

**EIGHTH AFFIRMATIVE DEFENSE**

9. Defendant did not notify the plaintiff of any alleged defects in the wine delivered by the plaintiff.

Dated: New York, New York
May 17, 2021

Yours, etc.,

VANDAMME LAW FIRM, P.C.
/s/_____
Hendrick Vandamme, Esq.
46 Trinity Place, 3rd Floor
New York, New York 10006
Tel: 212-641-0613/212-851-6916